UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALI AQEEL, DWIGHT SEELEY, PAMELA SEELEY, LAUREL READINGER, LEVI BARTHOLOMEW, ARIJ ALI, and MALINA ALI, individually and on behalf of all other similarly situated<br><br>      Plaintiffs,<br><br>  v.<br><br>LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF INDIANA,<br>      Defendants. | Civil Action No. 3:21cv181<br><br>Judge Richardson<br><br>Magistrate Judge Newbern<br><br>JURY DEMANDED |

### DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF DWIGHT SEELEY, PAMELA SEELEY, LAUREL READINGER, LEVI BARTHOLOMEW, ARIJ ALI, AND MALINA ALI

Defendants Liberty Insurance Corporation ("LIC"), Liberty Mutual Personal Insurance Company ("LMPIC"), and Safeco Insurance Company of Indiana ("Safeco") (collectively, "Defendants") file this Motion to Dismiss the Claims of Dwight Seeley, Pamela Seeley, Laurel Readinger, Levi Bartholomew, Arij Ali, and Malina Ali (the "Out-of-State Plaintiffs") for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), and Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion").

First, the Out-of-State Plaintiffs fail to satisfy their burden to prove that personal jurisdiction exists to each of the Defendants. None of the Defendants are at home in Tennessee, nor do any of the Out-of-State Plaintiffs' claims relate to conduct undertaken by Defendants in Tennessee. Therefore, the claims of named Out-of-State Plaintiffs should be dismissed for lack of personal jurisdiction.

MOTION TO DISMISS THE CLAIMS OF
DWIGHT SEELEY, PAMELA SEELEY, LAUREL READINGER,
LEVI BARTHOLOMEW, ARIJ ALI, AND MALINA ALI

Case 3:21-cv-00181   Document 26   Filed 05/14/21   Page 1 of 4 PageID #: 90

1

Second, the Out-of-State Plaintiffs lack standing to pursue claims against those Defendants which did not insure them, and therefore with whom they are contractual strangers. Because these stranger Defendants did not cause injury to the Out-of-State Plaintiffs, this Court lacks subject matter jurisdiction because no injury in fact exists. The claims against the Out-of-State Plaintiffs against the Defendants with whom they had no contractual relationship should be dismissed.

Third, the Out-of-State Plaintiffs' Complaint makes allegations only of injury caused by each Plaintiffs' specific insurer. The Complaint is void of allegations by each Out-of-State Plaintiff against the Defendants with which he or she lacked contractual privity. Therefore, the claims of the Out-of-State Plaintiffs' against the stranger Defendants should be dismissed.

Dated: May 14, 2021

Respectfully submitted,

*/s/ L. Webb Campbell II*
L. Webb Campbell II

**SHERRARD ROE VOIGT & HARBISON, PLC**
L. Webb Campbell II
Lauren Z. Curry
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4537
(615) 742-4539 – Fax

**MOTION TO DISMISS THE CLAIMS OF DWIGHT SEELEY, PAMELA SEELEY, LAUREL READINGER, LEVI BARTHOLOMEW, ARIJ ALI, AND MALINA ALI**

Case 3:21-cv-00181   Document 26   Filed 05/14/21   Page 2 of 4 PageID #: 91

2

**JACKSON WALKER LLP**
David T. Moran
Texas State Bar No. 14419400
*pro hac vice pending*
Christopher A. Thompson
Texas State Bar No. 24003049
*pro hac vice pending*
Maggie Burreson
Texas State Bar No. 24116150
*pro hac vice pending*
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANTS**

MOTION TO DISMISS THE CLAIMS OF
DWIGHT SEELEY, PAMELA SEELEY, LAUREL READINGER,
LEVI BARTHOLOMEW, ARIJ ALI, AND MALINA ALI

3

## CERTIFICATE OF SERVICE

       Service of the foregoing was accomplished by the Court's ECF system on this 14th day of May, 2021, upon the following:

J. Brandon McWherter
McWherter Scott Bobbitt PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
*brandon@msb.law*

Erik D. Peterson
Mehr, Fairbanks & Peterson Trial Lawyers
PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
*edp@austinmehr.com*

T. Joseph Snodgrass
Larson & King LLP
30 E. 7th Street, Suite 2800
St. Paul, MN 55101
*jsnodgrass@larsonking.com*

*Attorneys for Plaintiffs and Putative Class Representatives*

                                               /s/ *L. Webb Campbell II*
                                               L. Webb Campbell II