# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALI AQEEL, DWIGHT SEELEY, PAMELA SEELEY, LAUREL READINGER, LEVI BARTHOLOMEW, ARIJ ALI, and MALINA ALI, individually and on behalf of all other similarly situated<br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, and SAFECO INSURANCE COMPANY OF INDIANA,<br>　　　　　　　　　　Defendants. | Civil Action No. 3:21-cv-00181<br><br>Judge Richardson<br><br>Magistrate Judge Newbern<br><br>JURY DEMAND |

**PLAINTIFFS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a)**

Plaintiffs Ali Aqeel, Dwight Seeley, Pamela Seeley, Laurel Readinger, Levi Bartholomew, Arij Ali, and Malina Ali (collectively the "Named Plaintiffs"), by and through counsel, hereby move the Court for an Order transferring this case to the United States District Court for the District of Massachusetts, Boston Division, pursuant to 28 U.S.C. § 1406(a) and applicable case law.[1]

This Motion is based upon all the files, records, and pleadings herein, the arguments of counsel, and any additional argument, evidence or briefing as may hereinafter be presented, including a memorandum of law and supporting declaration filed concurrently herewith this Motion.

---

[1] Counsel for the parties have conferred concerning the relief requested herein, and Plaintiffs' counsel has confirmed that the motion is opposed by the Defendants. LR. 7.01(a)(1).

Date: June 25, 2021                               Respectfully submitted,

/s/J. Brandon McWherter
J. BRANDON McWHERTER
(TN Bar # 21600)
**McWherter Scott Bobbitt PLC**
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(615) 354-1144
brandon@msb.law

ERIK D. PETERSON (KY Bar 93003)*
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
(859) 225-3731
edp@austinmehr.com

T. JOSEPH SNODGRASS
(MN Bar #231071)*
**Larson • King, LLP**
30 E. 7th Street, Suite 2800
St. Paul, MN 55101
(651) 312-6500
jsnodgrass@larsonking.com

*Attorneys for Plaintiffs and*
*Putative Class Representative*


**\* admitted** *pro hac vice*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion to Transfer was sent via the Court's ECF system to all counsel of record on this the 25th day of June, 2021:

| | |
|---|---|
| L. Webb Campbell II<br>Lauren Z. Curry<br>Sherrard Roe Voigt & Harbison, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201<br>wcampbell@srvhlaw.com<br>lcurry@srvhlaw.com | J. Brandon McWherter<br>McWherter Scott Bobbitt PLC<br>341 Cool Springs Blvd., Suite 230<br>Franklin, TN 37067<br>brandon@msb.law |
| David T. Moran<br>Christopher A. Thompson<br>Maggie Burreson<br>Jackson Walker LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>dmoran@jw.com<br>cthompson@jw.com<br>mburreson@jw.com | Erik D. Peterson<br>Mehr, Fairbanks & Peterson Trial Lawyers, PLLC<br>201 West Short Street, Suite 800<br>Lexington, Kentucky 40507<br>edp@austinmehr.com<br><br>T. Joseph Snodgrass<br>Larson • King, LLP<br>30 E. 7th Street, Suite 2800<br>St. Paul, MN 55101<br>jsnodgrass@larsonking.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

/s/J. Brandon McWherter