UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALI AQEEL, et al., | |
| Plaintiffs, | Case No. 3:21-cv-00181 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| LIBERTY INSURANCE CORPORATION, et al., | |
| Defendants. | |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on August 23, 2021. Counsel were instructed to meet and confer to set a full schedule for the litigation that is not contingent upon rulings on pending motions.

Counsel shall file the revised proposed initial case management order and email a Word version of it to Newbern_Chambers@tnmd.uscourts.gov by September 3, 2021.

A telephone conference is set on September 7, 2021, at 9:30 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge