IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALI AQEEL, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:21-cv-00181 ) ) JUDGE RICHARDSON |
| LIBERTY INSURANCE CORPORATION, ET AL., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Pending before the Court is "Plaintiffs' Motion To Transfer Venue Pursuant To 28 U.S.C. § 1406(a) Or, In the Alternative, To Stay The Litigation Due To Overlapping Class Proceedings In The District Of Massachusetts" (Doc. No. 131, "Motion") filed by Ali Aqeel, Laurel Readinger, and Levi Bartholomew (collectively, "Plaintiffs"). Plaintiffs filed an opening brief (Doc. No. 132) in support of the Motion. Defendant Liberty Insurance Corporation and Defendant Liberty Mutual Personal Insurance Company filed a response (Doc. No. 139) in opposition to the Motion. Plaintiffs filed a reply (Doc. No. 143) in further support of the Motion.

For the reasons stated in the accompanying memorandum opinion, the Court **GRANTS** the Motion (Doc. No. 131). The Clerk is DIRECTED to transfer this action to the United States District Court for the District of Massachusetts, Boston Division pursuant to 28 U.S.C. § 1406(a). Prior to such transfer, and for the reasons stated in the accompanying memorandum opinion, the Clerk is DIRECTED to terminate Defendant Safeco Insurance Company of Indiana as a party to this action.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE